# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ERICA NORMAN, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| SERVALL BIOMETRICS D/B/A PATRONSCAN, INC. | |
| Defendants. | |

Case No. 1:23-cv-04015

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Servall Biometrics d/b/a Patronscan, Inc. ("Patronscan") states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Pursuant to Local Rule 3.2, Patronscan states that it has no affiliates as that term is defined in the Rule.

Dated: June 23, 2023                 Respectfully submitted,

By:     */s/ Nick Kahlon*

Nick Kahlon
Ambria D. Mahomes
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 W. Madison St., Suite 2900
Chicago, IL  60602
Tel:    312-471-8700
Fax:    312-471-8701
nkahlon@rshc-law.com
amahomes@rshc-law.com
*Attorneys for Defendant Servall Biometrics d/b/a Patronscan, Inc.*