**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Erica Norman

Plaintiff,

v.

Servall Biometrics

Defendant.

Case No.: 1:23−cv−04015
Honorable Joan B. Gottschall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 4, 2023:

MINUTE entry before the Honorable Beth W. Jantz: This case has been referred to Magistrate Judge Beth W. Jantz for discovery supervision, with authority to set and adjust discovery deadlines. The parties previously submitted a joint status report with conflicting proposals for discovery. Defendants maintain that discovery should be bifurcated, while Plaintiff asserts that both merits and class discovery should go forward now, simultaneously. Each side shall submit a 5−page supplement on their position regarding bifurcation of discovery, including legal citations demonstrating what other courts in this District have done in similar circumstances, and a discussion of the relative costs and burdens of their approach, by no later than 9/6/2023. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.