# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ERICA NORMAN, individually, and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 1:23-cv-04015<br>) |
| SERVALL BIOMETRICS D/B/A PATRONSCAN, Inc. | ) The Honorable Joan B. Gottschall<br>)<br>) The Honorable Beth W. Jantz |
| Defendant. | )<br>)<br>) |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Erica Norman ("Plaintiff") and Defendant Servall Biometrics d/b/a Patronscan, Inc. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against Defendant are hereby dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Date: June 13, 2024

Respectfully,

By: */s/ Nafiz Cekirge*
Nafiz Cekirge (*Pro Hac Vice*)
RILEY SAFER HOLMES & CANCILA LLP
810 Seventh Avenue, Suite 3505
New York, NY 10019
Tel: 212.660.1000
Fax: 212.660.1001.
ncekirge@rshc-law.com

Nick Kahlon
Blake Kolesa
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 W. Madison St., Suite 2900

By: */s/ Justin N. Boley*
Kenneth A. Wexler
Justin N. Boley
Eaghan S. Davis
WEXLER BOLEY&ELGERSMA LLP
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
Tel: (312) 346-2222
Fax: (312) 346-0022
kaw@wbe-llp.com
jnb@wbe-llp.com
esd@wbe-llp.com

Chicago, IL 60602
Tel: 312-471-8700
Fax: 312-471-8701
nkahlon@rshc-law.com
bkolesa@rshc-law.com

**ATTORNEYS FOR DEFENDANT SERVALL BIOMETRICS D/B/A PATRONSCAN, INC.**

Ryan F. Stephan
James B. Zouras
Catherine Mitchell
STEPHAN ZOURAS, LLP
222 W. Adams Street, Suite 2020
Chicago, Illinois 60606
Tel: (312) 233-1550
Fax: (312) 233-1560
rstephan@stephanzouras.com
jzouras@stephanzouras.com
cmitchell@stephanzouras.com

Kevin Landau
TAUS, CEBULAS &LANDAU LLP
123 William Street, Suite 1900A
New York, NY, 10038
Tel: (212) 931-0704
klandau@tcllaw.com

**ATTORNEYS FOR PLAINTIFF ERICA NORMAN**

## **CERTIFICATE OF SERVICE**

I, the attorney, hereby certify that on June 13, 2024, I caused to be filed the foregoing document via this court's CM/ECF system, which will send such filing to all counsel of record.

                                                              */s/ Justin N. Boley*